**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Damon Michael Jones v. The State of Texas

Appellate case number:    01-18-00154-CR

Trial court case number:   1484980

Trial court:               178th District Court of Harris County

On April 16, 2018, appellant filed a motion for extension of time to file his brief, seeking an extension until May 21, 2018. The brief was not yet due because the complete record had not been filed.

The clerk's record was filed on April 17, 2018 and the final volumes of reporter's record were filed on May 10, 2018.

Thus, appellant's brief is due on June 11, 2018. The April 16, 2018 motion for extension of time to file appellant's brief is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

            ☑ Acting individually    ☐ Acting for the Court

Date: May 22, 2018